# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hector Garza, | 1:07-cv-00793-AWI-TAG (HC) |
| Petitioner, | |
| v. | **ORDER AUTHORIZING**<br>**IN FORMA PAUPERIS STATUS** |
| Darrell Adams, | |
| Respondent. | |

_____/

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

IT IS SO ORDERED.

Dated:   **June 14, 2007**                                    _____**/s/ Theresa A. Goldner**_____
                                                                              UNITED STATES MAGISTRATE JUDGE