UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HECTOR GARZA, | ) | 1:07-cv-00793 AWI-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 10) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| DARREL ADAMS, | ) | (Doc. 1) |
| | ) | |
| Respondent. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 11, 2008, the Magistrate Judge assigned to the case filed Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED because the Petition was not filed within the one-year time period provided for in 28 U.S.C. § 2244(d). (Doc. 10). The Findings and Recommendations were served on Petitioner and contained notice that any objections were to be filed within twenty days from the date of service of that order. On March 4, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 11).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the

record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.   In the objections, Petitioner contends that he is entitled to equitable tolling because of medications he took until early 2001.   As explained by the Magistrate Judge, the limitations period is subject to equitable tolling if "extraordinary circumstances beyond a prisoner's control" have made it impossible for the petition to be filed on time. Calderon v. U.S. Dist. Ct. (Kelly), 163 F.3d 530, 541 (9th Cir. 1998), *citing* Alvarez-Machain v. United States, 107 F.3d 696, 701 (9th Cir. 1996), *cert denied*, 522 U.S. 814 (1997).  Here, it is unnecessary to determine if olanzapine rendered Petitioner unable to complete his habeas corpus petition within the limitations period.   By his own admission, Petitioner was off this medication during late 2001 and early 2002, when Petitioner's statute of limitations ran.    Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 11, 2008 (Doc. 10), are ADOPTED IN FULL;
2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and
3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   March 14, 2008**                    /s/ **Anthony W. Ishii**
                                               UNITED STATES DISTRICT JUDGE